# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2369

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Roger James Holmes, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: December 2, 1998
Filed: December 9, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Roger James Holmes appeals from the district court's[1] denial of his motion for the return of photographs he had turned over to the government at his earlier sentencing on criminal charges. After careful review of the record and the parties' submissions on appeal, we conclude that the district court did not err in denying the motion.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.